```
David D. Lawrence, Esq. [State Bar No. 123039]          JS-6
Christina M. Sprenger, Esq. [State Bar No. 205105]
LAWRENCE BEACH ALLEN & CHOI
A Professional Corporation
1600 North Broadway, Suite 1010
Santa Ana, California 92706
Telephone No. (714) 479-0180
Facsimile No.  (714) 479-0181
E-Mail: csprenger@lbaclaw.com

Attorneys for Defendants,
COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT and SHERIFF
MICHAEL CARONA
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KLINE, | Case No. SACV 07-01203 JVS (MLGx) |
| Plaintiff[s] | **ORDER RE:** |
| v. | **1) DISMISSING SUIT WITH PREJUDICE; AND** |
| COUNTY OF ORANGE, a political subdivision of the State of California, ORANGE COUNTY SHERIFF'S DEPARTMENT, SHERIFF MICHAEL CARONA and DOES 1-10 | **2) WAIVING ATTORNEYS' FEES AND COSTS** |
| | [Fed.R.Civ.P., Rule 41(a)(1)(ii)] |
| | *[Stipulation re Dismissal filed Concurrently herewith]* |
| Defendant[s] | |
| | **MATTER FOR DETERMINATION BY THE HONORABLE JAMES V. SELNA** |

**O R D E R**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the foregoing Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), the claims of Plaintiff in the foregoing matter are hereby dismissed in their entirety with prejudice, pursuant to the Stipulation entered herewith as to all Defendants, as well as Defendant's past, present and future officers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated.

IT IS FURTHER DECREED that each party has waived all claims for attorneys' fees and costs under 42 U.S.C. 1988 or any other provision of law.

**IT IS SO ORDERED.**

Dated: October 14, 2008

_____
HONORABLE JAMES V. SELNA

**PROOF OF SERVICE**

STATE OF CALIFORNIA; COUNTY OF ORANGE

    I, Donna Adams, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1600 North Broadway, Ste. 1010, Santa Ana, CA 90706.

    On October 14, 2008, I served the foregoing **[PROPOSED] ORDER RE: 1) DISMISSING SUIT WITH PREJUDICE; AND 2) WAIVING ATTORNEYS' FEES AND COSTS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Jon R. Schlueter, Esq.**
**Peter B. Schlueter, Esq.**
**SCHLUETER & SCHLUETER**
**320 North "E" Street, Ste. 210**
**San Bernardino, CA 92401**
**Telephone: (909) 381-4888**
**Facsimile: (909) 381-9238**

 X   BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business.

\_\_\_   BY FEDERAL EXPRESS
      I caused such envelope to be delivered via Federal Express to the offices of the address(es) listed above.

\_\_\_   BY PERSONAL SERVICE

     \_\_\_  I hand delivered such envelope by hand to the addressee(s) listed above.

 X   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on October 14, 2008, at Santa Ana, California.

                        _____
                             Declarant